```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

SOUTHERN REO ASSOCIATES, LLC,

       Plaintiff,

       v.

SYNERGY REALTY EAST, INC.,

       Defendant.

CIVIL ACTION

NO. 1:11-CV-4216-CAP

### O R D E R

This matter is before the court on the plaintiff's motion to dismiss the defendant's fifth and sixth counterclaims [Doc. No. 16], filed on March 16, 2012. The defendant and counter-claimant did not timely respond in opposition to the motion.

After the plaintiff filed a "reply" brief, see discussion infra, the defendant filed a document styled "Motion to Supplement Record Re: Statement in non-opposition to Dismiss Counts 5 and 6." [Doc. No. 19]. On its face, this filing indicates "non-opposition" to the defendant's motion to dismiss, and aside from that presents nothing "helpful to the Court" in any manner, id. at 1. This filing is not an attempt to respond in opposition, even belatedly, to the defendant's motion, so the court will not consider it in ruling on the motion to dismiss. See LR 7.1(D), 7.1(F), NDGa.

Thus, the plaintiff and counter-defendant's motion to dismiss is considered unopposed. LR 7.1(B). Accordingly and for the reasons

stated in the motion to dismiss, the plaintiff and counter-defendant's motion [Doc. No. 16] is GRANTED.

Additionally, on March 28, 2012, the plaintiff filed a "reply brief" in support of its motion [Doc. No. 18]. The reply essentially informs the court no opposition had been filed, therefore, according to the court's local rules, the motion should be considered unopposed. "A reply by the movant shall be permitted, but it is not necessary . . . as a routine practice. When the movant deems it necessary to file a reply brief, the reply must be served not later than [14] days **after service of the responsive pleading**." LR 7.1(C) (emphasis added)). As the plaintiff itself pointed out, the defendant and counter-claimant did not file a responsive pleading, so no reply was permitted.

In conclusion and for the reasons stated, the clerk is DIRECTED to STRIKE the plaintiff's extraneous reply brief [Doc. No. 18] and the defendant's motion to supplement the record [Doc. No. 19.

SO ORDERED, this <u>30th</u> day of March, 2012.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge