```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

SOUTHERN REO ASSOCIATES, LLC,

      Plaintiff,             CIVIL ACTION

     v.                       NO. 1:11-CV-4216-CAP

SYNERGY REALTY EAST, INC.,

      Defendant.

### ORDER ADMINISTRATIVELY CLOSING CASE

The court having been advised by the parties that the above styled action has been settled, but the formal documentation of settlement has not been concluded.  Therefore, it is not necessary that the action remain on the court's calendar.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within the next sixty (60) days, to reopen this action or vacate this order of dismissal.

If the action has not been reopened or the court has not received a motion to vacate on or before the time permitted by this Order, the action will be dismissed with prejudice.

SO ORDERED, this  23rd  day of May, 2012.

                                     /s/Charles A. Pannell, Jr.
                                     CHARLES A. PANNELL, JR.
                                     United States District Judge